UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| LARRY WOODS | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. _3:18-CV-855-_JHM |
| | ) | |
| TARGET CORPORATION | ) | |
| | ) | |
| *Defendant* | ) | |
| | ) | |
| _____ | ) | |

## <u>NOTICE OF REMOVAL</u>

Comes the Defendant, Target Corporation ("Target"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky at Louisville, states as follows:

1. Defendant is named in a lawsuit filed by Plaintiff, Larry Woods, on November 27, 2018 in Jefferson Circuit Court, Division 10, Jefferson County, Kentucky, designated as Case No. 18-CI-006839, hereinafter referred to as "the action."

2. Defendant Target first received notice of this action by service of process, via certified mail, upon CT Corporation System, on November 29, 2018.

3. This action is a civil action wherein Plaintiff seeks damages arising from an alleged incident that occurred on or about November 27, 2017. Specifically, Plaintiff asserts claims for bodily injury, pain and suffering, and past and future medical expenses. Upon information and belief, Plaintiff is a citizen of the Commonwealth of Kentucky.

4.     Defendant Target is now and was at the time of the filing of this action, a citizen of the State of Minnesota being a corporation incorporated under the laws of the State of Minnesota, having its principle place of business at 1000 Nicollet Mall, Minneapolis, MN 55403-2542.

5.     Upon information and belief, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.     This action is within the Court's original jurisdiction pursuant to 28 U.S.C. §1332, by reason of diversity of citizenship of the parties and the amount in controversy. The action is properly removed to this Court pursuant to 28 U.S.C. §1441.

7.     This Notice is accompanied by copies of all process and pleadings served on Target in this action. No other documents have been filed by either party. The time for filing this Notice under the statutes of the United States has not expired.

8.     This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

9.     WHEREFORE, Defendant, Target Corporation, by counsel, notifies the Court of its removal of this action from the Jefferson Circuit Court in Jefferson County, Kentucky.

Respectfully submitted,

*/s/ Richard P. Schiller* _____
Richard P. Schiller
Chapin Elizabeth Scheumann
SCHILLER BARNES MALONEY, PLLC
1600 One Riverfront Plaza
401 West Main Street
Louisville, KY 40202
(502) 583-4777
(502) 583-4780 (fax)
rschiller@sbmkylaw.com
cscheumann@sbmkylaw.com
eserviceRPSgroup@sbmkylaw.com
***Counsel for Defendant Target Corporation***

2

## CERTIFICATE OF SERVICE

It is hereby certified that on the 28th day of December, 2018, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kevin M. Monsour
BRUCE LAW GROUP
1041 Goss Ave., Suite 2
Louisville, KY 40217
kevin@injurylaw-ky.com
***Counsel for Plaintiff***


*/s/ Richard P. Schiller*
SCHILLER BARNES MALONEY, PLLC