

## CT Corporation

**Service of Process Transmittal**
11/29/2018
CT Log Number 534483198

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** Process Served in Kentucky

**FOR:** Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LARRY WOODS, PLTF. vs. TARGET CORPORATION, DFT. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT |
| **COURT/AGENCY:** | Jefferson County Circuit Court, KY<br>Case # 18CI006839 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/27/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/29/2018 postmarked on 11/27/2018 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | WITHIN TWENTY (20) DAYS FOLLOWING THE DAY THIS PAPER IS DELIVERED TO YOU |
| **ATTORNEY(S) / SENDER(S):** | Kevin M. Monsour<br>Bruce Law Group<br>1041 Goss Ave, Suite 2<br>Louisville, KY 40217 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/29/2018, Expected Purge Date: 12/04/2018<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / HE

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





11-30-2018              000292213G0001              6020181130008896

```
AOC-E-105    Sum Code: CI                              Case #: 18-CI-006839
Rev. 9-14                                              Court:  CIRCUIT
Commonwealth of Kentucky
Court of Justice    Courts.ky.gov                      County: JEFFERSON Circuit
CR 4.02; Cr Official Form 1      CIVIL SUMMONS
```



Plantiff, WOODS, LARRY VS. TARGET CORPORATION, Defendant

TO: CT CORPORATION SYSTEM
306 W MAIN ST
SUITE 512
FRANKFORT, KY 40601

Memo: Related party is TARGET CORPORATION

The Commonwealth of Kentucky to Defendant:
TARGET CORPORATION

You are hereby notified that **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Davis L. Nicholsn
Jefferson Circuit Clerk
Date: 11/27/2018

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 13329349738250@00000869840
CIRCUIT: 18-CI-006839 Certified Mail
WOODS, LARRY VS. TARGET CORPORATION



Page 1 of 1


eFiled

Filed        18-CI-006839    11/27/2018        David L. Nicholson, Jefferson Circuit Clerk

NO. _____                    JEFFERSON CIRCUIT COURT
                                                                          DIVISION _____
                                                                             JUDGE _____

LARRY WOODS                                                            PLAINTIFF
2604 El Patio place
Louisville, KY 40220

v.                                             **COMPLAINT**

TARGET CORPORATION                             DEFENDANTS
1014 Vine Street
Cincinnati, OH 45202

SERVE:   CSC- LAWYERS INC. SERVICE CO
               421 West Main Street
               Frankfort, KY 40601

-and-

TARGET CORPORATION
1000 Nicollet Mall
Minneapolis, MN 55403

SERVE:  CT CORPORATION SYSTEM
              306 W Main St, Suite 512
              Frankfort, KY 40601

      Comes the Plaintiff Larry Woods, by and through counsel, and for his cause of action against the Defendant Target Corporation (Target) states as follows:

      1.    Larry Woods at all times material to this Complaint, a resident of Jefferson County, Kentucky.

Filed        18-CI-006839   11/27/2018        David L. Nicholson, Jefferson Circuit Clerk

2. Defendant Target was at all times material to this Complaint, a Minnesota, licensed to do business and doing business in the Commonwealth of Kentucky.

3. The events that transpired herein occurred in Louisville, Jefferson County, Kentucky, and this Court has proper jurisdiction of this action.

5. On or about November 27, 2017, Larry Woods was a patron at Defendants' 3600 Mall Road, Louisville Kentucky when he slipped and fell.

6. At all times material hereto, Defendants owned, operated and/or managed the store referenced in Paragraph 5.

7. Defendants owed a duty to Larry Woods to maintain its premises in a safe condition and keep it free of dangerous and hazardous conditions.

8. Defendants, by and through its agents, servants, and employees, permitted a dangerous and defective condition to exist on said property, failed to maintain the property in a reasonably safe condition, failed to protect Plaintiff, failed to warn her of the dangerous and defective condition on said premises, created a dangerous and hazardous condition, and failed to fix or clean a known dangerous and hazardous condition, all of which were substantial factors in causing Plaintiff's injuries.

9. Specifically, Defendants, by and through their agents allowed a small white "dessicate" packet to be left on the ground in the vicinity of the restroom area, most likely dropped by an employee of the Defendant in the area who was unpacking boxes. Plaintiff slipped on this packet.

2

10. Defendants knew, or in the exercise of reasonable care should have known, of said dangerous and defective condition.

11. Larry Woods' injuries were proximately caused by the negligence of the Defendants and/or their agents, servants and/or employees.

12. As a direct and proximate result of the acts and/or omissions of Defendants, Woods has suffered severe pain and injury to his right leg and lower back, and other injuries. Woods has incurred medical expenses and will continue to incur medical expenses, has suffered and will suffer in the future, pain and suffering; all damages in an amount which exceeds the jurisdictional minimum of this court.

WHEREFORE, the Plaintiff, Larry Woods demands judgment against the Defendants as follows:

1. For all compensatory damages including medical costs both past and future, pain and suffering both past and future, and all other amounts which will fairly and reasonably compensate her for the damages incurred as a result of the Defendant's negligence in an amount to be determined at trial;

2. For all costs incurred herein, including a reasonable attorney's fee;

3. For all interest available under the law on the above sums from the date of the Plaintiff's injuries until paid; and

4. For any and all other relief to which the Plaintiff may be justly entitled.

3

Filed            18-CI-006839    11/27/2018        David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

Kevin M. Monsour

s/ Kevin M. Monsour
Bruce Law Group
1041 Goss Ave, Suite 2
Louisville, Ky 40217
kevin@injurylaw-ky.com
Bar ID #93612

4