UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | |
|---|---|
| LARRY WOODS ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:18-cv-00855-JHM-CHL |
| ) | |
| TARGET CORPORATION ) | |
| ) | |
| *Defendant* ) | |
| ) | |
| _____ ) | |

**JOINT STATUS REPORT REGARDING DISCOVERY**

Comes the Plaintiff, Larry Woods, by counsel, and the Defendant, Target Corporation, by counsel, in accordance with the Court's July 24, 2019 Order (DN 13), and for their Joint Status Report state as follows:

**I.      Discovery that has already been completed**

On June 6, Plaintiff served his first set of written discovery requests upon Defendant. These included interrogatories, requests for production of documents, and requests for admission. After agreed-upon extensions of time, Defendant answered these discovery requests on August 2.

On April 29, Defendant served its first set of written discovery requests upon Plaintiff. These included interrogatories and requests for production of documents. Plaintiff answered these discovery requests on August 7.

**II.     Discovery in the process of completion**

Defendant is in the process of issuing subpoenas for the medical records of those providers Plaintiff identified in his initial disclosures.

**III.     Discovery that remains to be completed**

No depositions have been taken. On August 2 Defendant requested available dates for Plaintiff's deposition. Defendant may request additional depositions based upon the information provided in Plaintiff's written discovery responses as well as in Plaintiff's deposition testimony.

On August 7 Plaintiff requested available dates for the deposition of Jonathan Davis, Kristin Rodas, and Hadija Ndoye. Plaintiff may request additional depositions based on the depositions of Mr. Davis, Ms. Rodas and Ms. Ndoye including a potential corporate representative deposition.

Additional written discovery may also follow from either party depending on the information provided.

Respectfully submitted,

*/s/ Richard P. Schiller*
Richard P. Schiller
Terri E. Boroughs
Chapin Elizabeth Scheumann
SCHILLER BARNES MALONEY, PLLC
1600 One Riverfront Plaza
401 West Main Street
Louisville, KY 40202
(502) 583-4777
(502) 583-4780 (fax)
rschiller@sbmkylaw.com
tboroughs@sbmkylaw.com
cscheumann@sbmkylaw.com
eserviceRPSgroup@sbmkylaw.com
***Counsel for Defendant Target Corporation***

    and

    */s/ Johnny B. Bruce (with permission)*
    Johnny B. Bruce
    BRUCE LAW GROUP LLC
    1041 Goss Avenue, Suite 2
    Louisville, KY 40217
    (502) 587-2002
    Johnny@injurylaw-ky.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that on the 7th day of August, 2019, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Johnny B. Bruce
BRUCE LAW GROUP LLC
1041 Goss Avenue, Suite 2
Louisville, KY 40217
(502) 587-2002
Johnny@injurylaw-ky.com
*Counsel for Plaintiff*

*/s/ Richard P. Schiller*
SCHILLER BARNES MALONEY, PLLC