UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | |
|---|---|
| LARRY WOODS )<br>)<br>*Plaintiff* )<br>)<br>vs. )<br>)<br>TARGET CORPORATION )<br>)<br>*Defendant* )<br>)<br>_____ ) | CIVIL ACTION NO. 3:18-cv-00855-JRW-CHL |

## PROPOSED SCHEDULING ORDER

Come the parties, Plaintiff, Larry Woods, by counsel, and Defendant, Target Corporation (hereinafter "Target"), by counsel, and having met, conferred, and reached a mutual agreement to extend the pre-trial deadlines established in the Court's July 10, 2020 Agreed Order (DN 39), and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the remaining deadlines established in the July 10, 2020 Order are extended as follows:

(1) The Parties shall complete all pretrial discovery, including depositions of any kind - fact, expert, evidentiary, and corporate representatives - no later than November 1, 2021. Importantly, corporate representative depositions have recently been completed. At this time, a trial date has not been scheduled. Regarding discovery/evidentiary depositions, defense counsel would like to depose Dr. Brett Cascio, Plaintiff's expert witness, Dr. Lonnie Douglas, Plaintiff's treating physician, and Dr. Arthur Lee, Target's expert witness. These depositions will be utilized as evidentiary trial depositions because the witnesses are medical doctors and their testimony will be used at trial in lieu of their live

appearances. Their reports or records have already been exchanged so all that remains is establishing their testimony since physicians generally cannot be compelled to attend trial.

(2) The Parties shall file a *Daubert* and dispositive motions on or before December 1, 2021.

(3) All other provisions of the Court's prior scheduling orders remain in full force and effect.

So Ordered this _____ day of _____, 2021.

_____
HON. COLIN LINDSAY
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

Copies to: counsel of record

Tendered by:

*/s/ Richard P. Schiller*
Richard P. Schiller
Terri E. Boroughs
Megan L. Adkins
SCHILLER BARNES MALONEY, PLLC
1600 One Riverfront Plaza
401 West Main Street
Louisville, KY 40202
(502) 583-4777
(502) 583-4780 (fax)
rschiller@sbmkylaw.com
tboroughs@sbmkylaw.com
madkins@sbmkylaw.com
eserviceRPSgroup@sbmkylaw.com
***Counsel for Defendant Target Corporation***

Have Seen and Agreed:

*/s/ Johnny B. Bruce (w/ permission)*
Johnny B. Bruce
BRUCE LAW GROUP LLC
1041 Goss Avenue, Suite 2
Louisville, KY 40217
(502) 587-2002
Johnny@injurylaw-ky.com
***Counsel for Plaintiff***