**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:18-CV-855-DJH-CHL**


**LARRY WOODS,**                                                                             **Plaintiff,**

**v.**

**TARGET CORPORATION,**                                                           **Defendant.**

## ORDER

Before the Court is the Parties' proposed scheduling order submitted in compliance with the Court's June 30, 2021, Order.  (DN 58.)  The Parties reported that they had completed the deposition of Defendant's corporate representative and requested that the Court give them four months to complete three expert witness depositions and an additional thirty days after that to submit *Daubert*/dispositive motions.  (*Id.*)  Given the difficulties often involved in scheduling the expert witness depositions of physicians and the likelihood of congestion of counsels' trial schedule due to COVID-19, the Court will adopt the Parties' proposed schedule.  For the reasons stated in the Court's prior order (DN 57), the Parties are warned that additional modifications to the schedule are unlikely and that the Court will closely scrutinize any such request.



Accordingly,

IT IS HEREBY ORDERED as follows:

(1)     The Parties shall complete the depositions of the experts identified in their proposed order (DN 58) on or before **November 1, 2021**.

(2)     On or before **December 1, 2021**, counsel for the Parties shall file all dispositive motions and motions related to the admissibility of expert testimony pursuant to Fed. R. Evid. 702 (*Daubert* motions).

Colin H Lindsay, Magistrate Judge
United States District Court

cc:    Counsel of Record

July 2, 2021