UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| LARRY WOODS | ) | |
| *Plaintiff* | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 3:18-cv-00855-JRW-CHL |
| TARGET CORPORATION | ) ) | |
| *Defendant* | ) ) ) | |

## NOTICE TO TAKE VIDEO TRIAL TESTIMONY DEPOSITION OF

## ARTHUR LEE, M.D.

Please take notice that on Tuesday, August 10th, 2021, beginning at 3:30 p.m. EST via Zoom, the undersigned counsel will proceed to take the deposition of Arthur Lee, M.D., pursuant to the Federal Rules of Civil Procedure. A Zoom link will be provided by the Court Reporter in advance of the deposition.

The named deponent is requested to produce for inspection and copying, at said time and place, all medical records that have been provided to him, all reports of his opinions, if any, and any notes that would assist in the presentation of his opinions.

Respectfully submitted,

*/s/ Richard P. Schiller*
Richard P. Schiller
Megan L. Adkins
SCHILLER BARNES MALONEY, PLLC
1600 One Riverfront Plaza
401 West Main Street
Louisville, KY 40202
(502) 583-4777
rschiller@sbmkylaw.com
***Counsel for Defendant Target Corporation***

## CERTIFICATE OF SERVICE

It is hereby certified that on the 27th day of July, 2021, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Johnny B. Bruce
Bruce Law Group LLC
1041 Goss Avenue, Suite 2
Louisville, KY 40217
(502) 587-2002
Johnny@injurylaw-ky.com
*Counsel for Plaintiff*


*/s/ Richard P. Schiller*
SCHILLER BARNES MALONEY, PLLC