# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:18-CV-855-DJH-CHL

**LARRY WOODS,** **Plaintiff,**

**v.**

**TARGET CORPORATION,** **Defendant.**

## ORDER

The undersigned held a telephonic status conference in this matter on October 21, 2021. Participating were the following:

    FOR PLAINTIFF:       None

    FOR DEFENDANT:    Richard Paul Schiller, Megan L. J. Adkins

The Court set this conference to discuss the status of the case. Given Plaintiff's counsel's absence, the Court will direct the Parties to file a joint status report as set forth below. The Court reminds the Parties that they may consent to magistrate judge jurisdiction at any time, but the Parties should only include a statement regarding consent in their joint status report if there is unanimous agreement to consent.

Defense counsel inquired as to the procedure for setting a trial date. The Parties are advised that the Court generally will not set a trial date until *Daubert*/dispositive motions, if any, have been filed and ruled upon. If the Parties do not intend to file any *Daubert*/dispositive motions, they may file a motion for a trial date so stating at any time.

Accordingly,

IT IS HEREBY ORDERED that on or before **October 29, 2021**, the Parties shall file a joint status report regarding:

(1)     whether they jointly or severally believe that either additional *ex parte* calls regarding settlement or a second settlement conference would be productive; and

(2)     their intentions with respect to the filing of dispositive motions including, but not limited to, whether Defendant intends to refile and update the previous motion it filed with the Court (DN 35), whether it requests that the Court consider its previous motion resubmitted, and whether Plaintiff intends to file a new response.

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

October 21, 2021     0|5