## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:18-CV-855-DJH-CHL

**LARRY WOODS,** **Plaintiff,**

**v.**

**TARGET CORPORATION,** **Defendant.**

### ORDER

Before the Court is the Parties' joint status report. (DN 63.) The Parties reported that they did not believe that additional settlement negotiations would be productive and that Defendant requested ten days to refile its previous motion for summary judgment. (*Id.*) The Court will set a briefing scheduling for Defendant's motion for summary judgment and any *Daubert* motions the Parties intend to file as set forth below.

For the reasons stated in the Court's prior orders (DNs 57, 59), the Parties are warned that additional modifications to the schedule are unlikely and that the Court will closely scrutinize any such request.

Accordingly,

IT IS HEREBY ORDERED that on or before **November 23, 2021**, counsel for the Defendant shall refile Defendant's motion for summary judgment and the Parties shall file all motions related to the admissibility of expert testimony pursuant to Fed. R. Evid. 702 (*Daubert* motions). Plaintiff's response to Defendant's anticipated motion for summary judgment and any

responses to any *Daubert* motions shall be filed no later than **twenty-one days** after the filing of the motion(s).  Any replies shall be due with **ten days** after the filing of any response(s).

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of Record
November 2, 2021